**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 26 WAL 2015
:
Respondent :
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
MICHAEL LAMONT ELLIS, :
:
Petitioner :


## ORDER


**PER CURIAM**

    **AND NOW**, this 28th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.